FILED
APR 21 2023
PAIGE WYMORE-WYNN, CLK
U.S. BANKRUPTCY COURT
WEST DISTRICT
OF MISSOURI

Auto Bank

- 2000 e Truman Rd   Kansascity Mo
- 6901 e Front st   Kansascity mo

Speedy Cash

- 11221 e 23rd st   Independence Mo

St. Lukes  Hospital

- 100 Ne St lukes  Blvd   lees summit mo

Center point medical Hospital

- 39th Street   Independence, Mo